**Lynette Mackley DeWALT, Appellant,**

v.

**Stephen B. PARSONS, Respondent.**

**No. WD 62065.**

Missouri Court of Appeals, Western District.

July 29, 2003.

Roger M. Driskill, Liberty, MO, for Appellant.

David B. Sexton, Gladstone, MO, for Respondent.

Before PAUL M. SPINDEN, P.J., THOMAS H. NEWTON and RONALD R. HOLLIGER, JJ.

**ORDER**

PER CURIAM.

Ms. Lynette Mackley DeWalt appeals from the trial court's judgment dismissing her Motion to Modify the custodial arrangement for her daughter. We affirm. Rule 84.16(b)